Foster, Deandre
Demarcus

v.

Tyler Police Officer
Luis Avelar

42. U.S.C 1983 Complaint

In the United States
State Court For
the Eastern District
Tyler Division

FILED
OCT 10 2024
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

Oct-7-2024

6:24-cv-383

Now come Foster, Deandre Demarcus And move the Court, and file this 42 U.S.C 1983 Complaint For Excessive force. On 7-24-2024. Plaintiff was slamed on the Concrete by officer Luis Avelar. and Plaintiff woke up in the Hospital with a broken arm. Plaintiff is Asking for $500,000.00 Five hundred thousand dollars for pain And suffering.

Plaintiff swears. that under perjura the information in this complaint is true and correct.

Sincerely
x Deandre Foster